## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | 25-cr-00305-GAW-2 |
| | : | |
| JAHMAL HUNTER, ET. AL. | : | |

## ORDER

AND NOW, this 18th day of June, 2026, upon consideration of Defendant Dontay Tabbs's Motion to Suppress (Dkt. 214), the Government's omnibus response thereto (Dkt. 226), and after a hearing, it is hereby ORDERED that the Motions are DENIED. A Memorandum Opinion will be docketed separately.

BY THE COURT:

_____
GAIL A. WEILHEIMER, J.